ACCEPTED
07-15-00343-CV
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
12/1/2015 4:42:25 PM
Vivian Long, Clerk

**No. 07-15-00343-CV**

_____

**COURT OF APPEALS**
**for the**
**SEVENTH DISTRICT OF TEXAS**

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
12/1/2015 4:42:25 PM
VIVIAN LONG
CLERK

_____

**Nancy Higginson, Debbie Cheadle, Edward Cheadle, Arthur Cheadle,**
**Wayne Carson, Finney Cheadle, Cheryl Shoop, and Keith Sawaya,**

*Appellants*,

**v.**

**Raeanne Martin,**

*Appellee*.

_____

**Appeal from the 72nd Judicial District Court**
**of Lubbock County, Texas**
*Honorable Ruben G. Reyes, Presiding Judge*

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE APPELLEE'S BRIEF**

_____

**To the Honorable Court:**

Pursuant to TEX. R. App. P. 10.5(b) and 38.6(d), Appellee Raeanne Martin ("Appellee") files this Unopposed Motion for Extension of Time to File Appellee's Brief. In support thereof, Appellee would respectfully show the Court the following:

1. After receiving one extension of time, Appellants filed their Appellants' Brief on November 9, 2015. According to the Court's electronic docket

1

sheet, Appellee's Brief is due on December 9, 2015.[1]  Appellee now requests an extension of nine days to file her Appellee's Brief, making the new due date December 18, 2015.

2.     The undersigned, Appellee's lead appellate counsel, was not involved in the proceedings below, and needs additional time to familiarize himself with the lengthy clerk's record and multi-volume reporter's record in this case.  In addition, counsel has been and will be involved in other matters that necessitate an extension, including:

a.     Preparation of an appellant's brief that was filed in the Dallas Court of Appeals on November 9, 2015 in No. 05-15-00157-CV, *CBIF Limited Partnership, Columbia Airport, LLC, and Steve Flory v. TGI Friday's, Inc., LBD Corporation, et al.*;

b.     Preparation for and presentation of oral argument on November 16, 2015 in an arbitration styled *Daniel K. Hagood, P.C. and Fitzpatrick Hagood Smith and Uhl, LLP v. Gordon Carroll Fisher*;

c.     Preparation of a petition for writ of mandamus that was filed in the U.S. Court of Appeals for the Fifth Circuit on November 24, 2015 in No. 15-11188, *In re St. Jude Children's Research Hospital and American Lebanese Syrian Associated Charities, Inc.;*

d.     Preparation of an appellant's brief that was filed in the Dallas Court of Appeals on November 25, 2015 in No. 05-15-00835-CV, *Viking Healthcare, LLC v. Zeig Electric, Inc.;*

e.     Preparation of a petition for writ of mandamus that will be filed within the next week in the Dallas Court of Appeals in *In re VSDH Vaquero Venture, Ltd. and Douglas M. Hickok*; and

---

[1] Appellants have described this is an accelerated appeal with the shorter filing deadlines for briefs, but Appellee has been relying on the Court's docket sheet showing December 9, 2015 as the due date of the Appellee's Brief.

2

f.   Preparation of a variety of pre-trial pleadings due in the U.S. District Court of the Northern District of Texas in No. 4:06-CV-013-Y, *MC Asset Recovery, LLC v. Commerzbank Ag, et al.*

3.   Because of these and other scheduling conflicts, coupled with the intervening Thanksgiving holiday, the undersigned believes that a nine-day extension will be necessary in order to prepare an adequate brief in this case.

WHEREFORE, Appellee Raeanne Martin respectfully prays that the Court grant this unopposed motion and extend the time to file her Appellee's Brief to December 18, 2015.

Respectfully submitted,

*/s/ Jeffrey S. Levinger*

| | |
|---|---|
| **G. Michael Gruber** | **Jeffrey S. Levinger** |
| State Bar No. 08555400 | State Bar No. 12258300 |
| Email: mgruber@ghetrial.com | Email: jlevinger@levingerpc.com |
| **Michael J. Lang** | **Levinger PC** |
| State Bar No. 24036944 | 1445 Ross Avenue, Suite 2500 |
| Email: mlang@ghetrial.com | Dallas, Texas 75202 |
| **Priya A. Bhaskar** | Telephone: 214-855-6817 |
| State Bar No. 24082690 | Facsimile: 214-855-6808 |
| Email: pbhaskar@ghetrial.com | |
| **Gruber Hurst Elrod Johansen Hail Shank LLP** | **Terry Scarborough** |
| 1445 Ross Avenue, Suite 2500 | State Bar No. 17716000 |
| Dallas, Texas 75202 | Email: tscarborough@hslawmail.com |
| Telephone: 214-855-6800 | **Hance Scarborough, L.L.P.** |
| Facsimile: 214-855-6808 | 400 West 15th Street, Suite 950 |
| | Austin, Texas 78701 |
| | Telephone: 512-479-8888 |
| | Facsimile: 512-479-6891 |
| | |
| | *Attorneys for Appellee* |

## CERTIFICATE OF CONFERENCE

On December 1, 2015, the undersigned conferred with J. Paul Manning, counsel for Appellants, regarding this motion. Counsel stated that this motion for extension will not be opposed.

*/s/ Priya A. Bhaskar*

**Priya A. Bhaskar**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Unopposed Motion for Extension of Time to File Appellee's Brief was served via the Court's electronic filing system on Appellants' counsel on this 1st day of December, 2015.

Anna McKim
J. Paul Manning
Field, Manning, Stone,
Hawthorne, and Aycock, P.C.
2112 Indiana Ave.
Lubbock, Texas 79410

*/s/ Jeffrey S. Levinger*

**Jeffrey S. Levinger**